

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00300-CV

**GARY AND THERESA POENISCH FAMILY LIMITED PARTNERSHIP**,
Appellant

v.

**TMH LAND SERVICES, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-02-00030-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee TMH Land Services, Inc. recover its costs on appeal from Appellant Gary and Theresa Poenisch Family Limited Partnership.

SIGNED September 15, 2021.

_____
Irene Rios, Justice